UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

Rebecca A. Ottesen,

Debtor.

Case No. 22-11270-cjf

## ORDER REOPENING BANKRUPTCY CASE

On November 3, 2023, the Debtor moved to reopen her bankruptcy case.

For cause shown, and upon all the records, files, and proceedings herein, the Debtor's motion is granted.

**IT IS ORDERED.**

# # #